**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA   DATE FILED: 11/3/2025 |
| | CASE NUMBER: 2:25-mj-06838-DUTY   ☐ Under Seal |
| v. | INIT. APP. DATE: 11/3/2025   TIME: 2:00 PM |
| Wenbin Lin | CHARGING DOC: Out of District Affidavit |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 8:1324 |
| | COURTSMART/REPORTER: 11-3-25 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Jacqueline Chooljian

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Kerri Hays (Deputy Clerk)   Christopher Jones (Assistant U.S. Attorney)   Mandarin Samuel Chan (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is ___
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: Hannah Alice Bogen   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ___
- ☑ Government's request for detention is: ☐ GRANTED ☑ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☑ BAIL FIXED AT $ 10,000.00   (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ___ at ___ in Los Angeles
- ☐ Post-Indictment Arraignment set for: ___ at ___ in Los Angeles
- ☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☑ Defendant executed Waiver of Rights. ☑ Process received.
- ☑ Court ORDERS defendant Held to Answer to Western District of Washington
  - ☑ Bond to transfer, if bail is posted. Defendant to report on or before **
  - ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  - ☐ Warrant of removal and final commitment are ordered stayed until ___
- ☐ Case continued to (Date) ___ (Time) ___ ☐ AM / ☐ PM
- ☐ Type of Hearing: ___ Before Judge ___ / Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom   ☐ Judge's Courtroom ___
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ___).
- ** ☑ Other: Deft. ordered to appear for Initial Appearance on Nov. 21, 2025 @ 10:30AM at the Federal Courthouse before Judge Tsuchida at 700 Stewart Street - Seattle, Washington 98101.

Deputy Clerk Initials: Kla : 26

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY